**FILED & ENTERED**

**AUG 16 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-13045-WJ |
| JEAN BARANOWSKI, | CHAPTER 13 |
| Debtor. | **ORDER DENYING MOTIONS** |

On July 12, 2023, the debtor filed this incomplete chapter 13 bankruptcy case. After the clerk of the Court dismissed this case, the debtor then filed the following series of motions and pleadings in this case (collectively, the "Motions"):

1.  Motion to vacate the dismissal filed on July 24th as docket #24.

2.  Proposed Order on motion to vacate the dismissal of July 24, 2023 [Proposed] filed on July 24th as docket #25.

3.  Amended and correct motion to vacate the dismissal filed on July 25th as docket #29.

4.  Notice of motion for hearing without a hearing filed on July 25th as docket #30.

5.  Supplement to amended and corrected motion to vacate the dismissal filed on July 26th as docket #32.

- 1 -

6.     Debtor's motion to extend time to file case opening documents filed on July 26th as docket #33.

7.     Supplement to debtor's motion to extend time to file case opening documents filed on July 31st as docket #35.

8.     Supplement to debtor's motion to extend time to file case opening documents filed on July 31st as docket #37.

Earlier today, the Court issued a memorandum of decision addressing the Motions and the Court hereby ORDERS:

1.     For the reasons set forth in the memorandum of decision, all of the Motions are denied.

IT IS SO ORDERED.

###

Date: August 16, 2023

_____
Wayne Johnson
United States Bankruptcy Judge